UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GLORIA HUME,

    Plaintiff,

v.                                CASE NO: 8:05-cv-820-T-23TBM

LOWE'S HOMES CENTERS, INC.,

    Defendant.
_____/

## **ORDER**

The defendant removes this action (Doc. 1) and asserts diversity of citizenship pursuant to 28 U.S.C. § 1332(a) as a basis for federal jurisdiction.  The notice of removal alleges neither the citizenship of the parties nor an amount in controversy.  Further, the complaint (Doc. 2) contains no allegation establishing the diverse citizenship of the parties and seeks damages merely in excess of $15,000.00.  Neither the complaint nor the notice of removal establish diversity of citizenship pursuant to 28 U.S.C. § 1332.  Accordingly, this action is **REMANDED**.

The Clerk is directed to (1) mail a certified copy of this order to the Clerk of the Circuit Court for Manatee County, Florida, pursuant to 28 U.S.C. § 1447(c); (2) terminate any pending motion; and (3) close the file.

ORDERED in Tampa, Florida, on June 12, 2005.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    US Magistrate Judge
        Courtroom Deputy