UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GLORIA HUME,

    Plaintiff,

v.                                                                         CASE NO: 8:05-cv-820-T-23TBM

LOWE'S HOME CENTERS, INC.,

    Defendant.
_____/

## **ORDER**

The defendant's stipulation (Doc. 6) substituting counsel is **APPROVED**. John W. Lewis of Henderson, Franklin, Starnes & Holt, P.A., is substituted as the defendant's counsel for Andrew James Lewis and Raymond A. Haas of Haas, Dutton, Blackburn, Lewis & Longley.

ORDERED in Tampa, Florida, on June 17, 2005.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE